```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 03 B 49285
   SIDNEY MAURICE OLIVER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6062


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/05/2003 and was confirmed 03/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  98.99%.

     The case was paid in full 07/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~     SECURED           3850.00        162.48       3850.00
CINGULAR WIRELESS          UNSECURED          543.07           .00        537.60
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    FILED LATE         870.00          .00            .00
HOUSEHOLD FINANCE          UNSECURED        11827.89          .00      11708.78
I C COLLECTION SERVICE     UNSECURED        NOT FILED         .00            .00
UNITED CREDIT NATIONAL B   UNSECURED          140.76          .00         139.34
CAVALRY PORTFOLIO SERVIC   UNSECURED         1198.49          .00        1186.42
CINGULAR WIRELESS          UNSECURED        NOT FILED         .00            .00
TMOBILE                    UNSECURED        NOT FILED         .00            .00
WORLDCOM WIRELESS          UNSECURED        NOT FILED         .00            .00
ILLINOIS DEPT TRANSPORTA   FILED LATE        1836.35          .00            .00
MEADE ELECTRIC COMPANY I   NOTICE ONLY      NOT FILED         .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED OTH     275.74           .00         272.94
PAYMENT PROCESSING         UNSECURED        NOT FILED         .00            .00
LEDFORD & WU               DEBTOR ATTY      2,500.00                    2,500.00
TOM VAUGHN                 TRUSTEE                                      1,242.45
DEBTOR REFUND              REFUND                                         282.03

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              21,882.04

PRIORITY                                        .00
SECURED                                    3,850.00
    INTEREST                                 162.48
UNSECURED                                 13,845.08
ADMINISTRATIVE                             2,500.00
TRUSTEE COMPENSATION                       1,242.45

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 49285 SIDNEY MAURICE OLIVER
```

```
DEBTOR REFUND                                                      282.03
                                          ---------------    ---------------
TOTALS                                         21,882.04          21,882.04
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 10/29/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE